COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Terry Neff and Iron Workers Mid-South Pension Fund, derivatively on behalf of Weatherford International, Ltd. v. Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard, and Robert A. Rayne

Appellate case number:     01-18-00170-CV

Trial court case number:   2010-40764

Trial court:               270th District Court of Harris County

This appeal is stayed pursuant to a suggestion of bankruptcy filed by appellees, Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard, and Robert A. Rayne, in this Court. *See* TEX. R. APP. P. 8.1 (notice of bankruptcy); *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy).

Appellees have filed an Unopposed Motion to Withdraw James A. Reeder, Jr. as Counsel, requesting that Reeder be allowed to withdraw as their attorney and stating that Michael A. Heidler and Nicholas Shum of Vinson & Elkins, LLP will remain as counsel for appellees in this matter.

Appellees' motion does not comply with Texas Rule of Appellate Procedure 6.5. The motion does not indicate that it was delivered "in person or mailed," "both by certified and by first-class mail," to appellees at their last known addresses. *See* TEX. R. APP. P. 6.5(b), (d). Accordingly, the motion is **denied** without prejudice to refiling the same. *See Springer v. Tummel*, No. 13-14-00446-CV, 2016 WL 8919854, at *1 (Tex. App.—Corpus Christi–Edinburg Dec. 8, 2016, no pet.) (mem. op.) (noting, while case abated due to bankruptcy, "the only activity in th[e] appeal [was] appellant's motion to substitute counsel and motion to withdraw as counsel").

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                       ☑ Acting individually     ☐ Acting for the Court

Date: ___October 3, 2019_____